THOMAS D. SHERLOCK, Respondent, *v.* THE GERMAN-AMERICAN INSURANCE COMPANY, Appellant.

*Sherlock* v. *German-American Ins. Co.,* 21 App. Div. 18, affirmed.
(Submitted March 19, 1900; decided May 1, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 7, 1897, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict, and affirming an order denying a motion for a new trial.

*John F. Clarke* for appellant.

*Edward M. Grout* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.